UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

   - against -

DAVID BERGSTEIN,

        Defendant,

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

ECF Case

NOTICE OF MOTION

No. 16 Civ. 8701 (AJN)

       PLEASE TAKE NOTICE that upon the Complaint in the above-captioned action; the Indictment in criminal case *United States* v. *David Bergstein*, 16 Cr. 746 (PKC) (the "Criminal Case"); and the accompanying memorandum of law, the United States of America, by its attorney Preet Bharara, United States Attorney for the Southern District of New York, and Edward A. Imperatore and Robert W. Allen, Assistant United States Attorneys, will move this Court for an order (i) to intervene in the above-captioned case, pursuant to Rule 24 of the Federal Rules of Civil Procedure, and (ii) to stay this matter in its entirety until the conclusion of the Criminal Case, as well as for such other relief as the Court deems just and proper.

Dated:  New York, New York
         December 1, 2016

                                PREET BHARARA
                                United States Attorney

                  By:   /s/_____
                          Edward A. Imperatore
                          Robert W. Allen
                          Assistant U.S. Attorneys
                          212-637-2327/2216